HELEN CLAPPER, Respondent, *v.* GOLDIE ZUBRES et al.,
Appellants.

Argued April 8, 1941; decided April 24, 1941.

*John J. Scully* for appellants.

*Daniel H. Prior* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and
DESMOND, JJ. Taking no part: LEHMAN, Ch. J.